NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

AMMED HASSAN, *Petitioner*.

No. 1 CA-CR 21-0094 PRPC
FILED 11-15-2022

Petition for Review from the Superior Court in Maricopa County
No. CR2011-154825-001
The Honorable Shellie F. Smith, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Krista Wood
*Counsel for Respondent*

Ammed Hassan, Florence
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Maria Elena Cruz, Judge Angela K. Paton, and Judge Peter B. Swann delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**    Petitioner Ammed Hassan seeks review of the superior court's order denying his petition for post-conviction relief.   This is petitioner's second successive petition.

**¶2**    Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**    We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.   We find that petitioner has not established an abuse of discretion.

**¶4**    We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AA